Islands granted. *Mr. Adams C. Carson* for petitioners. *Mr. Grant T. Trent* and *Mr. Logan N. Rock* for respondent.

No. 327. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. *v.* J. J. SMITH, JR., ADMINISTRATOR, ETC. Error to the Supreme Court of the State of Mississippi. October 10, 1921. Petition for a writ of certiorari herein granted. *Mr. H. O'B. Cooper, Mr. J. Blanc Monroe, Mr. Monte M. Lemann, Mr. A. S. Bozeman, Mr. S. R. Prince* and *Mr. L. E. Jeffries*, for plaintiff in error, in support of the petition. No brief filed for defendant in error.

No. 348. JOHN EWEN *v.* AMERICAN FIDELITY COMPANY. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Henry E. Davis* for petitioner. *Mr. Abram I. Elkus* for respondent.

No. 379. MINNESOTA COMMERCIAL MEN'S ASSOCIATION *v.* MINNIE MAE BENN, AS EXECUTRIX, ETC. October 10, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Mr. David F. Simpson, Mr. A. V. Ricks* and *Mr. William A. Lancaster* for petitioner. No appearance for respondent.

No. 382. CHARLES MCKELVEY ET AL. *v.* UNITED STATES. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Ralph W. Adair* for petitioners. *Mr. Assistant Attorney General Riter* and *Mr. H. L. Underwood* for the United States.

No. 386. REGAL DRUG CORPORATION *v.* JUSTUS S. WARDELL, AS UNITED STATES COLLECTOR OF INTERNAL REV-

ENUE, ETC. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John W. Preston* for petitioner. *Mr. Solicitor General Beck* for respondent.

No. 388. COLONIAL BEACH COMPANY, OWNER, ETC. *v.* QUEMAHONING COAL COMPANY ET AL. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Hugh H. Obear* and *Mr. Paul Dulaney* for petitioner. No appearance for respondents.

No. 391. NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY *v.* JOHN W. KINNEY. October 10, 1921. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Maurice C. Spratt* for petitioner. *Mr. Hamilton Ward* for respondent.

No. 405. AMERICAN MILLS COMPANY *v.* AMERICAN SURETY COMPANY OF NEW YORK. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Henry Uttal* for petitioner. *Mr. Henry C. Willcox* and *Mr. William Marshall Bullitt* for respondent.

No. 426. CHAMPLAIN REALTY COMPANY *v.* TOWN OF BRATTLEBORO. October 17, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Vermont granted. *Mr. William C. Cannon* for petitioner. *Mr. Ernest W. Gibson* for respondent.

No. 427. OSAKA SHOSEN KAISHA ET AL. *v.* PACIFIC EXPORT LUMBER COMPANY. October 17, 1921. Petition